SHIMODA LAW CORP.
Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
9401 East Stockton Blvd., Suite 200
Elk Grove, CA  95624
Telephone:  (916) 525-0716
Facsimile:  (916) 760-3733

Attorneys for Plaintiff
JARED ACOSTA

SEYFARTH SHAW LLP
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
Enedina S. Cardenas (SBN 276856)
ecardenas@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

SUMMIT LAW GROUP PLLC
Alexander A. Baehr (WSBA 25320) *(Admitted PHV)*
alexb@summitlaw.com
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104-2682
Telephone:  (206) 676-7000
Facsimile:  (206) 676-7001

Attorneys for Defendant
EVERGREEN MONEYSOURCE MORTGAGE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ACOSTA,<br><br>   Plaintiff,<br><br>   v.<br><br>EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington Corporation; and DOES 1 to 100 inclusive,<br><br>   Defendants. | Case No. 2:17-cv-00466-KJM-DB<br><br>**STIPULATION AND ORDER REGARDING PLEADING DEADLINES AND DISCOVERY STAY**<br><br>Date Action Filed: January 24, 2017 |

1

STIPULATION AND [PROPOSED] ORDER

37953021v.1

1 Plaintiff JARED ACOSTA and Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY, by and through their respective counsel of record, hereby agree to the following:

WHEREAS, on March 6, 2017, the parties engaged in meet and confer efforts, pursuant to Judge Mueller's Standing Order, regarding Plaintiff's Complaint and Defendant's intention to file a motion to dismiss;

WHEREAS, on March 7, 2017, the parties continued to meet and confer regarding Defendant's motion to dismiss and began meet and confer discussions regarding Plaintiff's intention to file a motion to remand;

WHEREAS, Plaintiff intends to file an amended Complaint that would add new class action allegations and rest period claims against Defendant, as well as respond to some of the matters raised by Defendant's counsel in the parties' meet and confer, but does not want to waive his right to file a motion to remand by such a filing;

WHEREAS, Plaintiff represents that he will file a motion to remand no later than March 17, 2017;

WHEREAS, the parties understand that there the current Complaint will be subject to amendment if this court retains jurisdiction;

WHEREAS, the parties agree that by entering into this stipulation and proposed order that Plaintiff will not be considered to be waiving any right to file a motion seeking remand or otherwise considered to be seeking affirmative relief that could be construed as waiving his right to file a motion seeking remand; and

WHEREAS, the parties agree that discovery will be unnecessarily difficult without an agreed-upon operative Complaint.

NOW, THEREFORE, the parties hereby jointly request and stipulate that:

1.   If this Court denies Plaintiff's motion to remand, Plaintiff shall file an amended Complaint within 14 days of this Court's ruling;

2.   Defendant's deadline to file a responsive pleading is stayed, and Defendant shall file a response to Plaintiff's amended Complaint within 21 days of its filing;

3. Plaintiff will not be considered to be waiving any right to file a motion seeking remand or otherwise considered to be seeking affirmative relief that could be construed as waiving his right to file a motion seeking remand as a result of this stipulation and proposed order; and

4. The parties Rule 26 conference and all discovery is stayed until Plaintiff files an amended Complaint.

**IT IS SO STIPULATED.**

DATED: March 8, 2017

Respectfully submitted,

SHIMODA LAW CORP.

By: /s/ Justin P. Rodriguez
    Justin P. Rodriguez
    Galen T. Shimoda

Attorneys for Plaintiff
JARED ACOSTA

DATED: March 8, 2017

SEYFARTH SHAW LLP

By: /s/ Julie G. Yap
    Julie G. Yap
    Enedina S. Cardenas
    Tiffany T. Tran

DATED: March 8, 2017

SUMMIT LAW GROUP PLLC

By: /s/ Alexander A. Baehr
    Alexander A. Baehr *(Admitted Pro Hac Vice)*

Attorneys for Defendant
EVERGREEN MONEYSOURCE MORTGAGE COMPANY

**ORDER**

IT IS SO ORDERED:

1. If this Court denies Plaintiff's motion to remand, Plaintiff shall file an amended Complaint within 14 days of this Court's ruling;

2. Defendant's deadline to file a responsive pleading is stayed, and Defendant shall file a response to Plaintiff's amended Complaint within 21 days of its filing;

3. Plaintiff will not be considered to be waiving any right to file a motion seeking remand or otherwise considered to be seeking affirmative relief that could be construed as waiving his right to file a motion seeking remand as a result of this stipulation and order; and

4. The Status (Pretrial Scheduling) Conference set for July 6, 2017 is continued to November 9, 2017 at 2:30 p.m., joint status report due at least seven (7) days prior to the conference, and all discovery is stayed until Plaintiff files an amended Complaint.

Dated: March 9, 2017

_____
UNITED STATES DISTRICT JUDGE