Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
SHIMODA LAW CORP.
9401 East Stockton Blvd., Suite 200
Elk Grove, California 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email:  jrodriguez@shimodalaw.com
        attorney@shimodalaw.com

Attorneys for Plaintiff JARED ACOSTA


Julie G. Yap (SBN 243450)
Tiffany T. Tran (SBN 294213)
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
Email:  jyap@seyfarth.com
        ttran@seyfarth.com

Alexander A. Baehr (Admitted *Pro Hac Vice*)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7039
Facsimile: (206) 676-7001

Attorneys for Defendant
EVERGREEN MONEYSOURCE MORTGAGE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ACOSTA,<br><br>   Plaintiff,<br><br> v.<br><br>EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington Corporation; and DOES 1 to 100 inclusive,<br><br>   Defendants. | Case No. 2:17-cv-00466-KJM-DB<br><br>**STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Date Action Filed: January 24, 2017<br>FAC Filed:  August 11, 2017 |

Plaintiff JARED ACOSTA and Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY, by and through their respective counsel of record, hereby agree to the following:

WHEREAS, the Court's Status (Pretrial Scheduling) Order orders Plaintiff and Defendant to participate in private mediation by January 25, 2018 based on a prior representation from the parties that this date was confirmed with the mediator;

WHEREAS, on November 29, 2017, counsel for Defendant, Alexander A. Baehr, informed Plaintiff's Counsel, Justin P. Rodriguez, that due to a trial being scheduled to begin on January 22, 2018 mediation on January 25, 2018 would no longer be possible;

WHEREAS, Mr. Baehr contacted the mediator to find the earliest possible alternative date, which was February 21, 2018;

WHEREAS, the parties have confirmed their ability to attend and participate in a mediation on February 21, 2018;

WHEREAS, the parties wish to modify the Court's Status (Pretrial Scheduling) to account for the delay in the ability to complete mediation and preserve their litigation resources to help facilitate the possibility of settlement in this matter;

WHEREAS, the parties submitted a Joint Motion to Modify the Courts Status (Pretrial Scheduling) Order on December 19, 2017; and

WHEREAS, on December 21, 2017, the parties were directed by the Courtroom Clerk, Casey Schultz, to file a stipulation and proposed order in lieu of the Joint Motion.

NOW, THEREFORE, good cause having been shown under Rule 16, the parties stipulate to and agree, subject to the Court's approval, to the following modification of the deadlines set forth in the Court's Status (Pretrial Scheduling) Order:

1. Continue the deadline for the parties to participate in private mediation from January 25, 2018 to **February 21, 2018**;
2. Continue the deadline for completing class certification discovery from June 15, 2018 to **July 12, 2018**;

/////

/////

1

**STIP & ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER**

3. Continue the deadline for counsel to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert from July 20, 2018 to **August 16, 2018**;
4. Continue the deadline for any party who previously disclosed expert witnesses to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject from August 10, 2018 to **September 6, 2018**;
5. Continue the deadline for completing expert discovery from September 11, 2018 to **October 8, 2018**;
6. Continue the deadline for Plaintiff to file his certification motion from September 11, 2018 to on or before **October 8, 2018**; and
7. Continue the hearing on Plaintiff's motion for class certification from October 19, 2018 to **November 16, 2018**.

**IT IS SO STIPULATED.**

DATED: December 21, 2017

Respectfully submitted,

SHIMODA LAW CORP.

By: /s/ Justin P. Rodriguez
    Galen T. Shimoda
    Justin P. Rodriguez

Attorneys for Plaintiff
JARED ACOSTA

DATED: December 21, 2017

SEYFARTH SHAW LLP

By: /s/ Julie G. Yap
    Julie G. Yap
    (as authorized 12/21/17)
    Tiffany T. Tran

Attorneys for Defendant
EVERGREEN MONEYSOURCE MORTGAGE COMPANY

| | | |
|---|---|---|
| DATED: December 21, 2017 | | SUMMIT LAW GROUP PLLC |

By: /s/ Alexander A. Baehr
    Alexander A. Baehr *(Admitted Pro Hac Vice)*
    (as authorized 12/21/17)

Attorney for Defendant
EVERGREEN MONEYSOURCE MORTGAGE COMPANY

* * *

**ORDER**

Good cause appearing therefore under Rule 16, the Court makes the following modifications to its Status (Pretrial Scheduling) Order:

1. The deadline for the parties to participate in private mediation shall be moved from January 25, 2018 to **February 21, 2018**;

2. The deadline for completing class certification discovery shall be moved from June 15, 2018 to **July 12, 2018**;

3. The deadline for counsel to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert shall be moved from July 20, 2018 to **August 16, 2018**;

4. The deadline for any party who previously disclosed expert witnesses to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be moved from August 10, 2018 to **September 6, 2018**;

5. The deadline for completing expert discovery shall be moved from September 11, 2018 to **October 8, 2018**;

6. The deadline for Plaintiff to file his certification motion shall be moved from on or before September 11, 2018 to on or before **October 8, 2018**; and

3

**STIP & ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER**

7. The hearing on Plaintiff's motion for class certification shall be moved from October 19, 2018 to **November 16, 2018**.

IT IS SO ORDERED:

Date: January 3, 2018.

_____
UNITED STATES DISTRICT JUDGE