Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
jrodriguez@shimodalaw.com

Attorneys for Plaintiff JARED ACOSTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ACOSTA, | Case No. 2:17-cv-00466-KJM-DB |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND ORDER AMENDING THE COURT'S AUGUST 13, 2018 ORDER PRELIMINARILY APPROVING PLAINTIFF'S CLASS ACTION SETTLEMENT** |
| EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |
| | Judge: Hon. Kimberly J. Mueller |
| | Filed: January 24, 2017<br>FAC Filed: August 11, 2017<br>Trial Date: None Set |

This Stipulation and Proposed Order is entered into between Plaintiff JARED ACOSTA ("Plaintiff") and Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY. ("Defendant") (Plaintiff and Defendant, collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement ("Motion") on April 4, 2018 that was set to be heard, and was heard, on May 18, 2018;

WHEREAS Plaintiff submitted a Proposed Order as part of the Motion setting forth a timeline for settlement administration and a proposed date for a final fairness hearing of November 6, 2018;

WHEREAS the timeline submitted by Plaintiff and the proposed final fairness hearing date of November 6, 2018 was premised on an Order being issued on or shortly after the May 18, 2018 hearing;

WHEREAS the Court signed an Order Preliminarily Approving Plaintiff's Motion ("Order") on August 10, 2018;

WHEREAS, based on the date of the Order and the adopted administration schedule therein, the notice period to class members will not expire until approximately December 6, 2018 and a declaration regarding settlement administration will not be available until approximately December 27, 2018; and

WHEREAS the Parties wish to reset the date for the final fairness hearing to post-date the close of the notice period and deadline for the settlement administrator to provide a declaration, while also providing adequate time to prepare and submit a motion for final approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. The Court's Order will be modified in the following respects only: The final approval hearing is reset to February 1, 2019 at 10:00 AM in Courtroom 3, or some later time that is convenient for the Court, with briefs and supporting documentation due two weeks prior to the hearing.

2. The Court's August 10, 2018 Order Preliminarily Approving the Class Action Settlement shall remain in effect in all respects not expressly modified herein.

DATED: August 23, 2018        */s/ Julie G. Yap*
                              JULIE G. YAP

STIP & RE AMENDING PRELIMINARY APPROVAL ORDER    Case No.: 2:17-cv-00466-KJM-DB

(as authorized on 8/13/18)
Counsel for Defendants

DATED: August 23, 2018  */s/ Justin P. Rodriguez*
GALEN T. SHIMODA
JUSTIN P. RODRIGUEZ
SHIMODA LAW CORP.
Counsel for Plaintiffs

## ORDER

The COURT, having considered the above stipulation and good cause appearing therefore, HEREBY ORDERS that:

1. The Court's Order will be modified in the following respects only: The final approval hearing set for November 2, 2018 is VACATED and reset for **February 8, 2019 at 10:00 a.m.** in Courtroom 3, with briefs and supporting documentation due two weeks prior to the hearing.

2. The Court's August 10, 2018 Order Preliminarily Approving the Class Action Settlement shall remain in effect in all respects not expressly modified herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 23, 2018.

_____
UNITED STATES DISTRICT JUDGE